IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

JAMES EDWARD LANDS,

    Plaintiff,

v.                                                      No. 1:18-cv-00289-JDB-CHS

HAMILTON COUNTY
GOVERNMENT *et al.*,

    Defendants.

## ORDER OF DISMISSAL

On April 24, 2020, the parties in this matter submitted a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket Entry 69.) Per the stipulation, Plaintiff's federal-law claims under 42 U.S.C. §§ 1983, 1988 (Counts I, II, and III of the Second Amended Complaint) are hereby DISMISSED WITH PREJUDICE, and Plaintiff's state-law claims (Counts IV through VIII) are REMANDED to Hamilton County Circuit Court.

IT IS SO ORDERED this 27th day of April 2020.

                                                      s/ J. DANIEL BREEN
                                                      UNITED STATES DISTRICT JUDGE